UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CHARLIE LEE FLOYD, # 603580,

    Petitioner,    Case No. 1:13-cv-1184

v.    Honorable Paul L. Maloney

CARMEN PALMER,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.


Dated: February 14, 2017    /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge